**United States Bankruptcy Court**
**District of Maryland**

IN RE:                                                                                               Case No. _____

**Hatch, Sonya Lynette**_____                                    Chapter **13**_____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................... $ _____**1,500.00**

   Prior to the filing of this statement I have received ........................................................ $ _____

   Balance Due ................................................................................................... $ _____**1,500.00**

2. The source of the compensation paid to me was: ☐ Debtor   ☑ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor   ☑ Other (specify): **Hyatt Legal Plans**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

   **The legal fee is to be paid by a third party, Hyatt Legal Plans. No legal fees have yet been paid. The base legal fee is $1,500. Additional fees to be paid as appropriate are as follows:**
   **-Defense to trustee's motions - $300**
   **-Post-confirmation amendments - $350**
   **-Motions to value real estate - $300**
   **-Motions to avoid liens - $350**
   **-Adversary proceeding - defendant or plaintiff - $450**

   **This fee arrangement is not described in Appendix F, paragraphs A, B, or C of the Local Rules.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**June 24, 2013**_____   /s/ **James R. Hoffmann, Jr.**_____
              Date                          James R. Hoffmann, Jr. 13482
                                            The Law Offices of
                                            James R. Hoffmann, Jr.
                                            410 Rowe Boulevard
                                            Annapolis, MD  21401-0000
                                            (410) 263-7070  Fax: (410) 263-8080
                                            james@jameshoffmannlaw.com

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only